WALTER S. MALLEY, Respondent, *v.* CITY OF RENSSELAER, Appellant, et al., Defendants.

Argued March 11, 1948; decided March 19, 1948.

*E. Stewart Jones* for motion.
*James S. Millea, Corporation Counsel,* opposed.
Motion denied, with $10 costs.